PD-1627-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/16/2015 3:12:59 PM
Accepted 12/18/2015 1:51:27 PM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

| | | | |
|---|---|---|---|
| COLETTE REYES | § | | |
|     APPELLANT | § | | |
| | § | | |
| VS. | § | NO. _____ | |
| | § | | |
| THE STATE OF TEXAS | § | | |
|     APPELLEE | § | | |

**APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE JUDGES OF THE TEXAS COURT OF CRIMINAL APPEALS:

COMES NOW COLETTE REYES hereinafter referred to as Appellant, by and through her attorney of record, WES BALL and files this her MOTION FOR EXTENSTION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW, pursuant to Texas Rule of Appellate Procedure 68.2, and in support thereof would show the Court as follows:

I.

Appellant was convicted of the offense of Murder and was sentenced to forty-five (45) years confinement in the Institutional Division of the Texas Department of Criminal Justice and at this time is incarcerated. Following her conviction, Appellant appealed to the Second Court of Appeals, sitting in Fort Worth, Texas.

On November 12, 2015 the Second Court of Appeals issued its decision affirming Appellant's conviction and sentence in *Colette Reyes v. The State of Texas*, No. 02-13-00563-CR (Tex. App. – Fort Worth).

On November 19, 2015, Appellant filed a Motion for Rehearing, and on November 25, 2015 the Motion for Rehearing was denied by the Second Court of Appeals. It is Appellant's desire to Petition this Honorable Court for review of her case in a Petition for Discretionary Review.

Appellant's undersigned counsel has just assumed responsibility for the filing of the Petition for Discretionary review and is unable to file the Petition for Discretionary Review by the current due date. Appellant's Petition is due on December 24, 2015. Appellant is confident that her petition will be completed and filed on or before January 23, 2016. This would only consist of a delay from the previous due date of thirty (30) days. There have been no previous extensions sought or granted for this filing.

WHEREFORE, PREMISES CONSIDERED, APPELLANT prays that this Honorable Court enter an order granting this request for an extension of time to file her Petition for Discretionary Review until January 23, 2016.

Respectfully submitted,

/s/ Wes Ball
WES BALL
State Bar No: 01643100
4025 Woodland Park Blvd., Suite 100
Arlington, Texas 76013
Email: WBnotices@ballhase.com
Tel: (817) 860-5000
Fax: (817) 860-6645

ATTORNEY FOR APPELLANT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to file Petition for Discretionary Review was delivered by Efile portal to the Post-Conviction Division of the Tarrant County District Attorney's Office, Fort Worth, Texas and the State Prosecuting Attorney, Austin, Travis County, Texas on this the 16th day of December, 2015.

/s/ Wes Ball
WES BALL
Attorney for Defendant

**CERTIFICATE OF CONFERENCE**

On the 16th day of December, 2015, Malinda Davis, Assistant to Appellant's counsel contacted Assistant District Attorney, Debra Windsor, with the Post-Conviction Division of the Tarrant County District Attorney's Office regarding the foregoing Motion and has been advised that the state does not oppose the Motion.

/s/ Wes Ball
WES BALL